# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America for the use and benefit of PrimeCorps, LLC, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| DC Contractors, Inc.; Suretec Insurance Company; Michael Brasberger, Sr.; and Michael Brasberger, Jr., | ) ) ) |
| | ) Case No. 4:13-cv-120 |
| Defendants. | ) |

Before the court is the motion for attorney Timothy J. Herman to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Timothy J. Herman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 31) is **GRANTED**. Attorney Timothy J. Herman is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2013.

>                               */s/ Charles S. Miller, Jr.*
>                               Charles S. Miller, Jr.
>                               United States Magistrate Judge