# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, for the use and benefit of PrimeCorps, LLC, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| DC Contractors, Inc. and SureTec Insurance Company, | ) ) ) Case No. 4:13-cv-120 |
| Defendants. | ) |

Before the court is Defendant DC Contractors, Inc.'s Motion for attorney Clayton C. Utkov to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Clayton C. Utkov has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 33) is **GRANTED**. Attorney Clayton C. Utkov is admitted to practice before this court in the above-entitled action on behalf of Defendant DC Contractors, Inc.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge